# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0022.  DANNY RAY DUNN v. BRIAN MACON HOUSE, JUDGE et al.**

Upon consideration of Danny Ray Dunn's "Motion for Rule 40 (c)," filed on August 12, 2025, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/15/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*